IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DANIEL CARVER )
 )
        Plaintiff, )
 )
vs. ) Civil No. 16-cv-546-JPG-CJP
 )
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
 )
        Defendant. )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff, Daniel Carver, and against defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** August 11, 2017

                              **JUSTINE FLANAGAN,**
                              **Acting Clerk of Court**

                              **BY:** *s/Tina Gray*,
                                   **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**